James Njus, Esq. (#79340)
Stephen M. Harris, Esq. (#264179)
Meyer & Njus, P.A.
200 South Sixth Street
Suite 1100
Minneapolis, Minnesota 55402
(612) 341-2181

Ira N. Glauber, Esq.
Gregory E. Galterio, Esq.
JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000

Attorneys for Plaintiff American Express
Travel Related Services Company, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

-------------------------------------------------------------------x

| | | |
|---|---|---|
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York Corporation, | : : : | Case No. 08-CV-00138 (DSD/SRN) **ORDER** |
| Plaintiff, | : : | **MODIFYING AND SUPPLEMENTING ORDER** |
| -against- | : : | **ESTABLISHING A RECEIVERSHIP AND** |
| FOREST LAKE FORD, INC. and JOHN D. BERKEN, | : : | **APPOINTING A RECEIVER** |
| Defendants. | : | |

-------------------------------------------------------------------x

The Court having entered an Order dated January 24, 2008 Establishing a Receivership and Appointing a Receiver (the "Receivership Order"); and the Receiver, James A. Bartholomew and Lighthouse Management, Inc. (the "Receiver"), the Plaintiff American Express Travel Related Services Company, Inc., and Defendants Forest Lake Ford, Inc. and John D. Berken, having jointly agreed that it is in the best interests of the Defendants and their creditors to file a voluntary petition on behalf of Defendant Forest Lake Ford, Inc. in the United States Bankruptcy Court for the District of Minnesota pursuant to either Chapter 7 or 11 of Title 11 of the United States Code.

The Court, being fully advised of the premises,

IT IS HEREBY ORDERED:

1. In addition to the powers set forth in the Receivership Order, the Receiver is hereby authorized to execute and deliver all documents necessary to commence the filing of a Chapter 7 or 11 voluntary bankruptcy case on behalf of the Defendant Forest Lake Ford, Inc. (the "Company"), and to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds, execute and deliver all necessary documents on behalf of the Company, commence and prosecute such adversary proceedings and other matters as may be permitted under the Bankruptcy Code and/or applicable law, and manage the Company as debtor-in-possession in connection with said bankruptcy case in his capacity as the Company's exclusive corporate manager and representative.

2. All other terms of the Receivership Order remain in effect.

Dated:  February 11, 2008         BY THE COURT

                                  s/David S. Doty
                                  David S. Doty
                                  United States District Court Judge