UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| American Express Travel Related Services Company, Inc., a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Forest Lake Ford, Inc. and John D. Berken,<br><br>Defendants. | Case No. 08-CV-00138 (DSD/SRN)<br><br><br><br>**ORDER APPROVING<br>SALE OF ASSETS** |

The above entitled matter came on pursuant to the Receiver's Motion for the Authority to Sell Certain Assets (the "Motion") and the Stipulation for Entry of Order Approving Sale of Assets ("Stipulation") between Lighthouse Management Group, Inc. and James A. Bartholomew (the "Receiver"), Defendant John D. Berken ("Berken") and Corrin Berken ("Ms. Berken"). Appearances were as noted on the record. Upon the consideration of the files and records herein including the Motion and Stipulation, the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1. The Court finds and concludes that, under the circumstances, the timing of the hearing of the Motion and notice thereof is reasonable and adequate and in the best interests of the parties and satisfies the requirements of due process.

2. The Receiver is hereby authorized to sell the "Assets":

Ski-Doo GSX Sport 2008 snowmobile, serial #2BPSDC8A28V000358

Ski-Doo MXZ 2008  800R PTek snowmobile, serial #2BPSBD8B48V000138

Ski-Doo Sport MXZ 700R 2002 snowmobile, serial #2BPS211182V000019

Ski-Doo Sport MXZ 600R 2002 snowmobile, serial #2BPS211512V000060

Yamaha Grizzlie 660 ATV, serial #JY4AM03Y44CO33483

Yamaha Bruin 350 ATV, serial #5Y4AH09Y04A007804

Mako Supra Gravity Games Ski boat 21', Open bow, inboard Indmar Vortec engine #100280 w/Rad-a-cage + 4 Mako speakers/MN5542JS, Boat #US-ISRHV073J304

Boat Mate Trailer, Twin Axle, 10/2003, VIN # 5A7BB232X4T000884

Sea-Doo RXP, 4-TEC, Super Charged I.C., waverunner, #YDV40542C505

Sea-Doo RXP, 4-TEC, Super Charged I.C., waverunner, #YDV42316D505

Caravan Double personal watercraft trailer, Reg. # ABVM 466

3. Receiver is hereby authorized to execute and deliver any and all documents on behalf of Berken necessary to consummate the sales including, but not limited to, titles or other documents evidencing ownership or the transfer of the Assets.

4. Berken and any agent or other party including Ms. Berken is hereby ordered to immediately turn over possession of any operating manuals and keys concerning the Assets and titles or other documents evidencing ownership of the Assets.

5. To the extent that any of the titles or any other documents evidencing ownership of the Assets are not held in the name of Berken such as Ms. Berken's name, the Minnesota Department of Public Safety and any other applicable agency including the

Minnesota Department of Natural Resources is hereby ordered and commanded to transfer title and all other applicable documents evidencing ownership or the transfer of the Assets to or from Berken or such other person including Ms. Berken.

6. The Receiver is hereby authorized to execute and deliver any and all documents on behalf of Berken or the persons including Ms. Berken with whom the Assets that are currently titled or owned as necessary to consummate the issuance or transfer of the titles or ownership as contemplated by this Order.

7. The Receiver shall retain all the balance of the net proceeds of the sale, including any net sale proceeds on the sale of the aforementioned Assets. Receiver shall distribute such proceeds on further order of this Court.

Dated: July 28, 2008                           s/David S. Doty           
                                                                            The Honorable David S. Doty
                                                                             United States District Court Judge